**REVERSE AND REMAND and Opinion Filed May 20, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00008-CV**

**RONALD H. DALTON, TEXAS STANDARD CONSTRUCTION, LTD., AND
TSC MANAGEMENT, INC., Appellants
V.
PROCESS SOLUTIONS INTEGRATION, LLC, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-05994**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Carlyle

Before the Court is the parties' joint motion to reverse the trial court's judgment and remand the case to the trial court for a new trial pursuant to their agreement. We grant the motion, reverse the trial court's October 7, 2021 default judgment, and remand this case to the trial court for a new trial. *See* TEX. R. APP. P. 42.1(a)(2)(A).

220008f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

RONALD H. DALTON, TEXAS
STANDARD CONSTRUCTION,
LTD., AND TSC MANAGEMENT,
INC., Appellants

No. 05-22-00008-CV      V.

PROCESS SOLUTIONS
INTEGRATION, LLC, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-05994.
Opinion delivered by Justice Carlyle.
Justices Myers and Goldstein
participating.

In accordance with this Court's opinion of this date, the October 7, 2021 default judgment of the trial court is **REVERSED** and this cause is **REMANDED** to the trial court for a new trial.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 20th day of May, 2022.